**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6088**

LAWRENCE E. WILLIAMS, JR.,

Plaintiff - Appellant,

versus

STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES; WILLIAM W.
SONDERVAN, Ed. D., Commissioner (in his
official and individual capacity),

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-00-3779-H)

Submitted: May 16, 2002                    Decided: May 23, 2002

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence E. Williams, Jr., Appellant Pro Se. John Joseph Curran,
Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant
Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lawrence E. Williams, Jr., appeals the district court's order denying relief on his complaint filed under 42 U.S.C.A. § 1983 (West Supp. 2001) and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12131-12134 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court that Williams' claims lack merit. See Williams v. Maryland Dep't of Pub. Safety, No. CA-00-3779-H (D. Md. Dec. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2